UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JUNIOR ASONGANYI, | ) | CASE NO.   3:26CV1095 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER AND JUDGMENT ENTRY |
| SECRETARY, U.S. Dept. of Homeland | ) | |
| Security, et al., | ) | |
| | ) | |
| Respondents. | ) | |

In this petition, Petitioner Junior Asonganyi claimed that was being improperly detained without receiving an individualized bond hearing.  Subsequent to the filing of the petition, the parties informed the Court that Asonganyi was given a bond hearing and granted bond. Accordingly, the petition is hereby DISMISSED AS MOOT.   This matter is hereby CLOSED.

IT IS SO ORDERED.

Date: July 17, 2026                        _/s/ John R. Adams_____
                                        JOHN R. ADAMS
                                        UNITED STATES DISTRICT JUDGE

1